# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 30, 2014

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-1198
>
> Caption:
> NICK PEARSON, et al.,
> Plaintiffs - Appellees
>
> v.
>
> NBTY, INC., a Delaware corporation, et al.,
> Defendants - Appellees
>
> APPEAL OF: THEODORE H. FRANK, Objector
>
> ---
>
> District Court No: 1:11-cv-07972
> Court Reporter Blanca Lara
> District Judge James Zagel
> Clerk/Agency Rep Thomas Bruton
>
> Date NOA filed in District Court: 01/29/2014

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)