# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

February 4, 2014

**By the Court:**

| | |
|---|---|
| NICK PEARSON, et al., | ] Appeals from the United |
| Plaintiffs-Appellants, | ] States District Court for |
| | ] the Northern District of |
| Nos. 14-1198 and 14-1227       v. | ] Illinois, Eastern Division. |
| | ] |
| NBTY, INC., a Delaware corporation, | ] No. 1:11-cv-07972 |
| et al., | ] |
| Defendants-Appellees. | ] James B. Zagel, Judge. |
| | ] |
| and | ] |
| | ] |
| THEODORE H. FRANK, | ] |
| Objector-Appellant. | ] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellants shall file their respective briefs and required short appendices on or before March 17, 2014.

2. The appellees shall file their joint consolidated brief on or before April 16, 2014.

Nos. 14-1198 and 14-1227 Page 2

> 3. The appellants shall file their respective reply briefs, if any, on or before April 30, 2014.

Counsel for appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. See *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Appellants, however, may not adopt the "Jurisdictional Statement" of another. Each appellant's brief must include a complete "Jurisdictional Statement". Appellees' brief must comply with Circuit Rule 28(b).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**