**Proof of Service**

     I hereby certify that on February 5, 2014, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 5, 2014.

                                                                /s/ Theodore H. Frank
                                                                 Theodore H. Frank