# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　Plaintiffs-Appellees-Cross-Appellants,<br><br>　　　　v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>　　Defendants-Appellees<br><br>---<br><br>THEODORE H. FRANK, SIMONE THOMAS, and PEGGY THOMAS,<br><br>　　Objectors-Appellants-Cross-Appellees. | **MOTION TO CLARIFY BRIEFING SCHEDULE AND REDESIGNATE PARTIES**<br><br>**Case Nos. 14-1198, 14-1227, 14-1244, 14-1245, and 14-1427**<br><br>Appeal from the Northern District of Illinois,<br>Case No. 11-CV-07972 |

　　Objector-Appellant Theodore H. Frank moves to clarify and modify the briefing schedule and redesignate the parties.

1.      This case involves two sets of appeals. In Appeal Nos. 14-1198, 14-1244, and 14-1247, Objectors Theodore H. Frank, Simone Thomas, and Peggy Thomas are appealing the district court's final approval of a class action settlement that paid the attorneys $1.9 million but the class less than half of that. (*See* Frank Rule 10(b)(3)(A) Statement (filed Feb. 10, 2014).) The Plaintiffs and the Defendants are appellees from these three appeals.

2.      In Appeal Nos. 14-1227 and 14-1245, the plaintiffs are cross-appealing from the district court's decision to award only $1.9 million in attorneys' fees. The defendants are barred by the settlement agreement from contesting an attorney award of up to $4.5 million and are not participating in these two appeals; the Objectors are cross-appellees from these two appeals.

3.      Objector Frank contends that Fed. R. App. Proc. 28.1 designates the Plaintiffs as cross-appellants because a cross-appeal, by definition, is an appeal made by an appellee, and Frank appealed first. The Plaintiffs dispute that they filed a cross-appeal, dispute that they are "cross-appellants," and would prefer to be designated as "appellants." Objector

Frank offered to agree to stipulate to the Plaintiffs being designated as "appellants" and the Objectors as "cross-appellants." Plaintiffs rejected that compromise and insist that each of the five parties appealing be designated an appellant.

4. For ease of reference, this motion assumes *arguendo* that the plaintiffs are appellees and cross-appellants, rather than appellants and cross-appellees. Frank has no objection to being designated as a cross-appellant if that is what Plaintiffs prefer. It is quite clear to Frank, however, that one set of appeals should be designated the cross-appeal to avoid confusion.

5. On February 5, 2014, the Seventh Circuit issued a scheduling order designating the Plaintiffs and Objectors as appellants and the Defendants as appellees.

6. The briefing schedule ordered by the Court incorrectly fails to designate the Plaintiffs as appellees as well as appellants, and precludes parties adverse from one another from responding to opening briefs. Frank thus moves this court to modify the briefing schedule as suggested below:

i. On or before March 17, 2014, Objectors-Appellants Theodore H. Frank, Simone Thomas, and Peggy Thomas shall file appellants' briefs and required short appendix. Plaintiffs-Cross-Appellants Nick Pearson et al., and Plaintiff-Cross-Appellant Richard Jennings shall also file a joint appellants' brief and required short appendix. Counsel for Appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief.

ii. On or before April 16, 2014, Plaintiffs-Appellees and Defendants-Appellees shall file appellees' brief(s) responding to Objectors-Appellants' opening brief(s); Objectors-Cross-Appellees shall file appellees' briefs responding to Plaintiffs-Cross-Appellants' opening brief. Counsel for appellees and cross-appellees are encouraged to avoid unnecessary duplication by filing a joint brief or by adopting parts of a co-appellee's brief.

iii. On or before April 30, 2014, Plaintiffs-Cross-Appellants may file a joint reply brief; and Objectors-Appellants may each file a reply brief.

Counsel for appellants are encouraged to avoid unnecessary duplication by filing a joint brief or by adopting parts of a co-appellant's brief.

7.　　This proposed modification to the briefing schedule will not cause any delay, as it is timed to coincide with the existing briefing schedule.

8.　　Plaintiffs and Defendants do not oppose this proposed modification to the briefing schedule. (Neither set adopts this motion's characterization of the settlement.) Plaintiffs, however, oppose anyone being designated as cross-appellants. Objector-appellants Peggy Thomas and Simone Thomas, who are appealing *pro se*, have not responded to multiple inquiries about their position on the briefing schedule and have not taken a position on this motion.

## CONCLUSION

Frank thus requests that this Court re-designate parties as appellants and appellees (and, as appropriate, as cross-appellants and cross-appellees), and adopt the briefing schedule proposed in Paragraph 6 above.

Dated: February 11, 2014   <u>/s/ *Theodore H. Frank*</u>
Theodore H. Frank
Melissa Ann Holyoak
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

*Attorneys for Objector-Appellant*
*Theodore H. Frank*

# Certificate of Service

I hereby certify that on February 11, 2014, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

In addition, I caused this filing to be sent by first-class mail to:

Peggy Thomas
Simone Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311


Dated: February 11, 2014

>  /s/ Theodore H. Frank
>  Theodore H. Frank
>  CENTER FOR CLASS ACTION FAIRNESS
>  1718 M Street NW, No. 236
>  Washington, DC 20036
>  Phone: (703) 203-3848
>  Email: tedfrank@gmail.com