# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 26, 2014

**By the Court:**

| | |
|---|---|
| NICK PEARSON, et al., and RICHARD JENNINGS,<br>　　Plaintiffs-Appellees,<br>　　Cross-Appellants, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| Nos. 14-1198, 14-1227, 14-1244,<br>　　14-1245 , 14-1247 and<br>　　14-1389　　　　　　　　v. | No. 1:11-cv-07972<br><br>James B. Zagel, Judge. |
| NBTY, INC., a Delaware corporation, et al.,<br>　　Defendants-Appellees. | |
| and | |
| APPEALS OF:<br>　　THEODORE H. FRANK,<br>　　SIMONE THOMAS, PEGGY THOMAS,<br>　　KATHLEEN MCNEAL and<br>　　ALISON PAUL,<br>　　　　Objectors-Appellants,<br>　　　　Cross-Appellees. | |

O R D E R

　　The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

　　The briefing schedule is as follows:

- over -

Nos. 14-1198, 14-1277, 14-1244, 14-1245, 14-1247 and 14-1389            Page 2

1. Objectors-appellants shall file their opening briefs and required short appendices in the main appeals docketed in 14-1198, 14-2444, 14-1389 and 14-1247 on or before April 2, 2014.

2. Plaintiffs-appellees, cross-appellants shall file their combined responsive brief in the main appeals and opening brief and appendix in the cross-appeals docketed in 14-1227 and 14-1245 on or before May 2, 2014.

3. Defendants-appellees shall file their combined responsive brief in the main appeals on or before May 2, 2014.

4. Objectors-appellants shall file their combined reply briefs, if any, in the main appeals and responsive brief in the cross-appeals on or before May 30, 2014.

5. Plaintiffs-appellees, cross-appellants shall file their reply brief, if any, in the cross-appeals on or before June 13, 2014.

Counsel for the parties are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-party's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel.  See  *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**