# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 14, 2014

Before

JOEL M. FLAUM, *Circuit Judge*

| | |
|---|---|
| Nos.: 14-1198, 14-1227, 14-1245 and 14-1389 | NICK PEARSON, et al., Plaintiffs - Appellees, Cross - Appellants, <br><br> v. <br><br> NBTY, INC., a Delaware corporation, et al., Defendants - Appellees, <br><br> and <br><br> APPEALS OF: THEODORE H. FRANK, et al., Objectors - Appellants, Cross - Appellees. |
| **Originating Case Information:** ||
| District Court No: 1:11-cv-07972 <br> Northern District of Illinois, Eastern Division <br> District Judge James B. Zagel ||

    Upon consideration of the **PLAINTIFFS-APPELLEES/CROSS-APPELLANTS' MOTION FOR LEAVE TO FILE A REDACTED BRIEF AND A SEALED BRIEF**, filed on May 13, 2014, by counsel for the plaintiffs,

    **IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs-Appellees/Cross-Appellants are granted leave to file their brief under seal and to file a redacted version of the brief for the public record that redacts only the confidential information in the sealed documents. The sealed version of the brief must be served on counsel for the other parties.

form name: **c7_Order_3J**(form ID: **177**)