# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 28, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-1198 | NICK PEARSON, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> NBTY, INC., a Delaware corporation, et al., <br> Defendants - Appellees <br><br> APPEAL OF: THEODORE H. FRANK, Objector |
| No.: 14-1227 | NICK PEARSON, et al., <br>  Plaintiffs - Appellants <br><br> v. <br><br> NBTY, INC., a Delaware corporation, et al., <br> Defendants - Appellees |
| No.: 14-1245 | RICHARD JENNINGS, <br> Plaintiff - Appellant <br><br> v. <br><br> TARGET CORPORATION, et al., <br>  Defendants - Appellees |
| No.: 14-1389 | NICK PEARSON, et al., <br>  Plaintiffs - Appellees <br> v. <br><br> NBTY, INCORPORATED, a Delaware corporation, et al., <br>  Defendants - Appellees |

|  | APPEAL OF: KATHLEEN MCNEAL, Objector, et al., |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-07972<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel ||
| **Originating Case Information:** ||
| District Court No: 1:11-cv-07972<br>Northern District of Illinois, Eastern Division<br>Court Reporter Blanca I. Lara<br>District Judge James B. Zagel<br>Clerk/Agency Rep Thomas G. Bruton ||

The court, on its own motion, **ORDERS** that the oral argument in this appeal, scheduled for Tuesday, September 23, 2014, is **VACATED**.

form name: **c7_Order_Arg_O_Vac**(form ID: **223**)